Robert J. Cassity
Nevada Bar No. 9779
Sydney R. Gambee
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bcassity@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Plaintiff Metropolitan Life Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Metropolitan Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Karen Huemmerich, an individual, and Sharon Wilkinson, an individual,<br><br>Defendants. | Case No. 2:20-cv-00298-GMN-EJY<br><br>**MOTION FOR SCHEDULING CONFERENCE** |

Plaintiff Metropolitan Life Insurance Company ("MetLife"), by and through its attorneys of the law firm Holland & Hart LLP, hereby moves this Court for an Order setting a Scheduling Conference for this matter.

Pursuant to LR 22-1, in interpleader actions, the Court must hold a scheduling conference, at which the plaintiff will advise the court of the state of service on all defendants who have not yet appeared and where the court and the parties will develop a briefing scheduling or discovery plan and scheduling order for resolving the parties' competing claims.

Service of process has been effectuated on Defendant Karen Huemmerich, who filed her Answer (ECF No. 6) herein on March 5, 2020.[1] After some difficulty in locating Defendant

---

[1] A motion for scheduling order must be filed within 30 days after the first defendant answers, here by April 6, 2020. MetLife's filing of this motion approximately one week later was the result of an inadvertent calendaring error.

1

Sharon Wilkinson, service of process was effectuated on Ms. Wilkinson on April 4, 2020. Ms. Wilkinson has not yet answered the Complaint, and her deadline to do so is April 27, 2020.

Based on the foregoing, MetLife respectfully requests that the Court set this matter for a scheduling conference at its earliest convenience. Due to the ongoing COVID-19 pandemic, MetLife respectfully requests that this scheduling conference be held remotely.

DATED this 14th day of April, 2020.

HOLLAND & HART LLP

*/s/ Sydney R. Gambee*
Robert J. Cassity
Nevada Bar No. 9779
Sydney R. Gambee
Nevada Bar No. 14201
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

*Attorneys for Plaintiff Metropolitan Life Insurance Company*

## ORDER

IT IS HEREBY ORDERED that the foregoing Motion for Scheduling Conference (ECF No. 8) is GRANTED.

IT IS FURTHER ORDERED that a telephonic scheduling conference shall be conducted on **Monday, April 20, 2020 at 1:00 p.m.** All parties are instructed to call the Audio Conference Line at **(888) 251-2909, access code 7771745**, five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is prohibited. The call must be made using a land line.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 14, 2020