BRANDON P. SMITH, ESQ.
Nevada Bar No. 10443
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
702-384-4012
702-383-0701 fax
bsmith@ocgas.com
Attorneys for Defendant
KARENHUEMMERICH

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| METROPOLITAN LIFE INSURANCE COMPANY, | CASE NO. 2:20-cv-00298-GMN-EJY |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISBURSING LIFE INSURANCE FUNDS, DISCHARGING METLIFE, AND DISMISSING ACTION WITH PREJUDICE** |
| KAREN HUEMMERICH, an individual, and SHARON WILKINSON, an individual, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff METROPOLITAN LIFE INSURANCE COMPANY ("MetLife"), by and through its counsel HOLLAND & HART LLP, Defendant KAREN HUEMMERICH ("K. Huemmerich"), by and through her counsel OLSON, CANNON, GORMLEY AND STOBERSKI, and Defendant SHARON WILKINSON ("S. Wilkinson"), appearing pro se, (collectively, the "Parties") as follows:

1. The Parties agree that the amount of the life insurance benefits payable as a consequence of the death of Ulrich Huemmerich is $33,874.00.

2. Defendant S. Wilkinson hereby waives any and all claims to the benefits ($33,874.00) of decedent Ulrich Huemmerich held by Plaintiff MetLife that constitute the subject matter of this suit.

1

3. THEREFORE, Defendants K. Huemmerich and S. Wilkinson agree that Plaintiff MetLife will pay the benefits of the subject life insurance policy in the amount of $33,874.00, plus any applicable interest, to "OLSON, CANNON, GORMLEY AND STOBERSKI, c/o Brandon P. Smith, Esq." to be transmitted to Karen Huemmerich.

4. Defendants K. Huemmerich and S. Wilkinson are hereby enjoined and restrained from instituting any action or proceeding in any state or United States court against MetLife, General Motors Corporation ("GM"), the plan, the plan sponsor, and their respective past and present parent, subsidiary, and affiliate entities, their respective past and present managers, members, officers, directors, shareholders, agents, and employees, and their respective successors, heirs, assigns, and administrators for the life insurance benefits, plus any applicable interest, payable as a consequence of the death of Ulrich Huemmerich.

5. MetLife, GM, the plan, the plan sponsor, and their respective past and present parent, subsidiary, and affiliate entities, their respective past and present managers, members, officers, directors, shareholders, agents, and employees, and their respective successors, heirs, assigns, and administrators are hereby discharged from any further liability to Defendants K. Huemmerich and S. Wilkinson.

6. Upon execution and filing of this Stipulation, MetLife shall be dismissed from this action, with prejudice.

. . .

. . .

. . .

. . .

2

7. All Parties are responsible for their own attorneys' fees and costs.

DATED this ____ day of June, 2020.          DATED this 26 day of June, 2020.

OLSON CANNON GORMLEY
& STOBERSKI

/s/Brandon P. Smith
_____             _____
BRANDON P. SMITH, ESQ.                      SHARON WILKINSON
Nevada Bar No. 010443                       2551 N. Lakeshore Drive
9950 West Cheyenne Avenue                   Unit 1
Las Vegas, NV 89129                         Crown Point, IN 46307
Attorney for Defendant Karen Huemmerich     *Pro se* Defendant

DATED this ____ day of June, 2020.

HOLLAND & HART LLP

/s/Sydney R. Gambee
_____

Robert J. Cassity
Nevada Bar No. 9779
Sydney R. Gambee
Nevada Bar No. 14201
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134
Attorneys for Plaintiff Metropolitan Life
Insurance Company

. . .

. . .

. . .

3

## ORDER REGARDING LIFE INSURANCE FUNDS, DISCHARGING METLIFE, AND DISMISSING ACTION WITH PREJUDICE

Pursuant to stipulation of the parties, the Court enters the following order:

The Complaint-in-Interpleader is dismissed with prejudice. METROPOLITAN LIFE INSURANCE COMPANY will pay the benefits of the subject life insurance policy in the amount of $33,874.00 to "OLSON, CANNON, GORMLEY AND STOBERSKI, c/o Brandon P. Smith, Esq." to be transmitted to Karen Huemmerich.

Defendants Karen Huemmerich and Sharon Wilkinson are hereby enjoined and restrained from instituting any action or proceeding in any state or United States court against METROPOLITAN LIFE INSURANCE COMPANY, General Motors Corporation, the plan, the plan sponsor, and their respective past and present parent, subsidiary, and affiliate entities, their respective past and present managers, members, officers, directors, shareholders, agents, and employees, and their respective successors, heirs, assigns, and administrators for the life insurance benefits, plus any applicable interest, payable as a consequence of the death of Ulrich Huemmerich.

METROPOLITAN LIFE INSURANCE COMPANY, General Motors Corporation, the plan, the plan sponsor, and their respective past and present parent, subsidiary, and affiliate entities, their respective past and present managers, members, officers, directors, shareholders, agents, and employees, and their respective successors, heirs, assigns, and administrators are hereby discharged from any further liability to Defendants Karen Huemmerich and Sharon Wilkinson.

. . .

. . .

All Parties are responsible for their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED this __29__ day of ____June____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

OLSON CANNON GORMLEY
& STOBERSKI

  /s/Brandon P. Smith
_____
BRANDON P. SMITH, ESQ.
Nevada Bar No. 10443
9950 West Cheyenne Avenue
Las Vegas, NV  89129
Attorney for KAREN HUEMMERICH

14850982_v3